1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   OMAR EMANUEL MALDONADO,                          CASE NO. 11cv2768 DMS (MDD)

12                                   Petitioner,       **ORDER (1) ADOPTING REPORT**
                                                       **AND RECOMMENDATION AND**
13            vs.                                      **(2) DENYING PETITION**

     M. STAINER,
14
                                    Respondent.
15

16          On November 28, 2011, Petitioner Omar Maldonado ("Petitioner"), a state prisoner proceeding

17   *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 19, 2012,

18   Magistrate Judge Mitchell D. Dembin issued a Report and Recommendation ("R&R") recommending

19   that the Court deny the petition.  There are no objections to the R&R.

20          This Court, having reviewed *de novo* the Magistrate Judge's R&R, adopts the Magistrate

21   Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus.  The Court finds

22   no basis for a certificate of appealability.  The Clerk of Court shall enter judgment accordingly, and

23   terminate this case.

24          **IT IS SO ORDERED**.

25   DATED:  February 4, 2013

26                                                    _____

27                                                    HON. DANA M. SABRAW
                                                      United States District Judge
28

                                            - 1 -                                        11cv2768